IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NEWTON JAMES CANTRELL, SR., Defendant. | Cause No. CR-03-27-GF-BMM ORDER |

Defendant Cantrell filed a motion on July 18, 2019, to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), to time-served based on the "extraordinary and compelling" reason that he is 80 years old with deteriorating health. (Doc. 610.) This Court stayed the proceedings for 90 days to give the Bureau of Prisons (BOP) time to complete an administrative review of Cantrell's request. (Doc. 624.)

The Government filed a notice and request for an additional thirty-day stay on October 17, 2019. (Doc. 626.) The Government reports that Probation rejected Cantrell's proposed release plan. BOP is currently working on a new release plan involving the Fort Peck Housing Authority Warrior Program. (*Id.* at 2.) The Government requests that the Court stay the proceedings for an additional thirty days while BOP works on a release plan. (*Id.*) The Court agrees that the circumstances warrant an additional thirty-day stay.

1

Accordingly, **IT IS ORDERED** that proceedings on Defendant's motion to reduce his sentence (Doc. 610) are **STAYED** for an additional 30 days after the date of this Order.

DATED this 18th day of October, 2019.

Brian Morris
United States District Court Judge